**LOWENSTEIN SANDLER PC**
Robert J. Kipnees
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500
Attorneys for Defendant Arthur Christensen

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br><br>ARTHUR CHRISTENSEN,<br><br>Defendant. | Docket No. Cr. 07-032-01<br><br><br>Hon. Stanley R. Chesler, U.S.D.J.<br><br><br>ORDER FOR RETURN OF PASSPORT |

**THIS MATTER** having been opened to the Court by Lowenstein Sandler PC, counsel for defendant Sanjeev Sarna, for an Order requiring the return of defendant Arthur Christensen's passport, and Assistant United States Attorney John Fietkiewicz having consented to the relief requested, and for good cause shown,

**IT IS** on this __ day of July, 2008,

**ORDERED** that United States Pretrial Services shall return the defendant's passport, previously surrendered, to the defendant Arthur Christensen.

_____
HON. STANLEY R. CHESLER
United States District Judge