PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Arthur Christensen

Cr.: 07-CR-032-01
PACTS #: 47823

Name of Sentencing Judicial Officer: The Honorable Stanley R. Chesler

Date of Original Sentence: 07/14/08

Original Offense: Conspiracy to Defraud the U.S.

Original Sentence: 3 years of Probation; DNA; Financial Disclosure; No New Debt and $115,217,510 in restitution

Type of Supervision: PROB    Date Supervision Commenced: 07/14/08

## STATUS REPORT

U.S. Probation Officer Action:

On July 14, 2008, the offender was began his 36 month term of supervised release. The offender was transferred to our low intensity caseload on October 29, 2009.

Mr. Christensen currently resides in Lake Hopatcong, NJ. The offender has been employed with Lion Technology, Inc. since 2002. We believe that Mr. Christensen has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $17,668.16 (this is included in $462,051.46 which been paid by all defendant's in this case) towards his obligation. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Christensen's term of supervision to expire as scheduled on July 13, 2011.

Respectfully submitted,
Patricia C. Jensen
By: Patricia C. Jensen
U.S. Probation Officer Assistant
Date: June 3, 2011

[✓] Concur with the recommendation of the U.S. Probation Office
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

6/8/11
Date

**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

**MICHAEL A. McLEAN**
SUPERVISING U.S. PROBATION OFFICER

**BETH L. NEUGASS**
SUPERVISING U.S. PROBATION OFFICER

June 7, 2011

**109 U.S. COURTHOUSE**
**402 EAST STATE ST.**
**TRENTON, NJ 08608**
**(609) 989-2071**
**FAX: (609) 989-2367**
**www.njp.uscourts.gov**

The Honorable Stanley R. Chesler
U.S. District Judge
Martin Luther King Jr., Federal Building and Courthouse
P.O. Box 0999
Newark, New Jersey 07102

**RE: Christensen, Arthur**
**Dkt. # 07-CR-032-01**
**Status Letter**

Dear Judge Chesler:

On July 14, 2007, the offender was sentenced by Your Honor to 36 months of probation following a conviction for Conspiracy to Defraud the U.S.. The following special conditions were imposed: Financial Disclosure; No New Debt and DNA. He was also ordered to pay $115,217,510.44 in restitution.

We believe that Mr. Christensen has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $17,668.16 toward his fine obligation. We are respectfully requesting that no further action be taken and allow Mr. Christensen's term of supervision to expire as scheduled on July 13, 2011. Should Your Honor concur with this recommendation, please sign and return the attached petition.

Should you have any questions, please contact the undersigned at (609)989-2098.

Very truly yours,

WILFREDO TORRES, Chief
U.S. Probation Officer

Patricia C. Jensen

By: Patricia Cassidy Jensen
U.S. Probation Officer Assistant

MAM
/pcj